# United States District Court

## DISTRICT OF COLORADO

**In the Matter of the Search of:**

6860 Blue Mesa Way
Littleton, Douglas County, Colorado
and any and all outbuildings within the curtilage
(See Attachment A attached hereto and herein incorporated by reference)

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT
AND SEIZURE**

CASE NUMBER: 06-SW-05020

I, __John Nagengast__, being duly sworn depose and say:

I am a(n) __Detective - Aurora Police Department assigned to the Rocky Mountain Safe Streets Task Force__, and
     Official Title
have reason to believe that (on the person of, or, on the property or premises) known as (name, description and/or location)

6860 Blue Mesa Way, Littleton, Douglas County, Colorado
(See Attachment A attached hereto and herein incorporated by reference)

in the ___State___ District of ___Colorado___ there is now concealed a certain person or property, namely
(describe the person or property to be seized)

See Attachment B attached hereto and herein incorporated by reference

which is (state one or more basis for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

Property that constitutes evidence of the commission of a crime, contraband, and fruits of crime

concerning a violation of Title ___18___ United States Code, Section(s) ___2113(a) and (d)___.
The facts to support a finding of Probable Cause for issuance of a Search Warrant are set forth in the attached affidavit which is continued on the attached sheet and made a part hereof:

See Attachment C attached hereto and herein incorporated by reference.

_Signature of Affiant - John Nagengast - RMSSTF_

Sworn to before me, and subscribed in my presence

February 8, 2006 at 2:47 A.M. Littleton
Date                                          at   ~~Denver~~, Colorado
                                                    City and State

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer            Signature of Judicial Officer

## ATTACHMENT C

I, John Nagengast, Police Officer, Aurora Police Department, being duly sworn, depose and state the following:

Your affiant is a detective for the Aurora Police Department and has been for approximately 4 years. Your affiant has been a police officer for over 14 years. Your affiant is currently assigned to the Rocky Mountain Safe Streets Task Force with the principal duty of investigating violent crimes, including bank robbery. Your affiant is providing this affidavit in support of a search warrant for the residence currently rented by Darius Ramon Limon, 6860 Blue Mesa Way, Littleton, Colorado, 80125 for the violation of Title 18 USC 2113 (a) and (d), Armed Bank Robbery.

The information contained in this affidavit was observed by the affiant, or related to your affiant by fellow law enforcement officers, or found by the affiant in law enforcement investigative files or other databases.

On February 7, 2006, your affiant, was notified that a possible robbery had occurred at Air Academy Credit Union, 545 West Highlands Ranch Parkway, Highlands Ranch, Colorado at approximately 3:10PM.

On February 7, 2006, SA Delap responded to the intersection of West Oxford Avenue and South Santa Fe Drive because a covert monitoring device had pin-pointed the believed robber to that location. Upon arrival, SA Delap contacted Lt. Jason Kennedy, DCSO, who provided the following information:

Lt. Kennedy heard over the police radio that a bank robbery had just occurred in Highlands Ranch. Lt. Kennedy was at the intersection of West Church Avenue and Santa Fe Drive in Littleton, Colorado, with Captain Richard McNamee, DCSO, when he noticed a Charcoal Grey colored Nissan Maxima with dark tinted windows and a lone male driver stopped at the intersection traffic light. Lt. Kennedy had previously seen bank robbery bulletins relating to a lone male that cited a similar described vehicle used in previous bank robberies. Additionally, Lt. Kennedy heard from police dispatch that a covert monitoring device had been monitored leaving the credit union at the time of the robbery and was currently stationary at the intersection of West Church Avenue and Santa Fe Drive. Lt. Kennedy, immediately aired the vehicle description and licence plate information which was, Colorado plate 258MBY. Lt. Kennedy continued to follow the aforementioned vehicle north bound on Santa Fe Drive.

At approximately 3:28 pm, Lt. Kennedy, Captain McNamee, and several additional Littleton Police Department marked units initiated a felony vehicle stop near the intersection of West Oxford Avenue and Santa Fe Drive on the same Nissan Maxima. The driver, later identified as, Darius Ramon Limon, date of birth 10/09/1978 was then ordered out of the vehicle and detained.

On February 7, 2006, SA Delap observed Limon, a dark skinned possibly Hispanic male,

1

at the same intersection in a patrol car wearing gold rimmed prescription glasses.

On February 7, 2006, SA Delap contacted Deputy Mike Phibbs, DCSO, who observed the following articles within the contents of the aforementioned vehicle: a grey backpack with money spilling out of it, a grey "hoodie" type sweat shirt, and a black semi-automatic handgun. These articles were photographed for retention purposes and the vehicle was subsequently impounded to DCSO impound lot.

On February 7, 2006, SA Delap obtained a Department of Motor Vehicles (DMV) physical description which is described as follows: White male, 27 years old, 5'7", 155 pounds, brown hair, brown eyes. Additionally, SA Delap obtained a criminal history of Limon which included dangerous drugs, burglary, parole violation, and larceny. Additionally SA Delap obtained DMV records for the aforementioned Nissan Maxima which are specifically described as follows:

2004 silver, Nissan Maxima, Colorado license plate 258MBY, V.I.N. 1N4BA41E54C909062.

On February 7, 2006, SA Jonathan D. Grusing responded to the robbery that occurred at Air Academy Credit Union, 545 West Highlands Ranch Parkway, Highlands Ranch, Colorado. Upon arrival SA Grusing contacted and interviewed several bank employees to include Norma Drozd, Financial Services Officer, for the same bank, Lorine Whithrow and Jennifer Jones. Thereafter, Drozd provided the following information:

Drozd was at her desk when she saw an unknown individual, hereafter referred to as the robber, enter the captioned credit union while holding a black or dark grey semi-automatic handgun in his right hand. Upon entrance, the robber immediately demanded that Drozd and the two additional bank employees go to the vault. Upon entrance to the vault, Drozd and the other employees were ordered by the robber to put all of the money from within the vault into a dark colored backpack, provided by the robber. Drozd placed money from within the vault into the backpack, to include bait money and a covert monitoring device. The robber then left the vault, but quickly told the tellers that he wanted the rest of the money. Drozd and the other employees advised the robber that there was no additional money. The robber then instructed the credit union employees to stay in the vault and not to move.

Drozd and others credit union employees described the robber as follows:

| | |
|---|---|
| Sex: | Male |
| Race: | Hispanic or Asian |
| Height: | Approximately 5'5" to 5'8" |
| Age: | 23-27 years |
| Weight: | 130-150 |
| Clothing: | Light Grey Hoodie, Gold rimmed prescription glasses |
| Misc: | Dark Colored Backpack |

On February 7, 2006, SA Grusing advised that the same credit union suffered a loss of

approximately twenty one thousand six hundred and seventy one dollars ($21,671) in United States Currency. SA Grusing further advised that the same credit union was insured by the National Credit Union Administration (NCUA).

Based upon the above information, your affiant believes that Darius Ramon Limon, date of birth October 9, 1978, violated Title 18 USC 2113(a) and (d), Armed Bank Robbery, in the robbery of Air Academy Credit Union, 545 West Highlands Ranch Parkway, Highlands Ranch, Colorado, on February 7, 2006.

Your affiant further believes that Limon is responsible for approximately nine other bank robberies. In all of the robberies believed to have been committed by Limon, a handgun was displayed, a hooded sweatshirt and face covering was worn, gloves were worn on his hands, and a backpack was provided to the bank employees to be filled with money. The subject believed to be Limon also always demanded the vault in these robberies.

Your affiant believes that Limon is responsible for the below listed robberies in the Denver, Colorado area. Your affiant reviewed the witness statements and the surveillance video taken during each robbery. Included below is the description of clothing worn by the robber and the language used by the robber:

Columbine Federal Credit Union
12201 E. Arapahoe Road, Centennial
October 23, 2003
4:15PM
The robber was described as wearing thin black hooded sweatshirt, blue baggy jeans, latex gloves, dark colored baseball cap, white tennis shoes, dark wrap around sunglasses, and used a handgun described as a silver colored revolver. The robber provided a dark colored backpack to tellers, forced the tellers to remain in the vault for 5 minutes. The robber was described as 5'6"-5'7", 20 to 25 years old, slim, white or Hispanic male.

Safeway Rocky Mountain Federal Credit Union
4780 Holly Street, Denver
February 7, 2005
4:20PM
The robber was described as wearing a black hooded sweatshirt, black scarf over face, black jeans carrying a handgun described as a long black barrel revolver with brown hand grips. The robber was described as saying "who opens the vault". The robber provided a royal blue bag with thick straps to the tellers and then all employees herded into back office and ordered to remain. The robber was described as 5'5", 23 to 25 years old, Hispanic male.

Liberty Savings Bank
9625 East Arapahoe Road, Greenwood Village
May 3, 2005
1:20PM

3

The robber was described as wearing a red hooded sweatshirt, black scarf or bandana covering face, black sunglasses, gloves, carrying a handgun described as a black long barrel revolver. The robber was described as saying "this is a robbery. Don't hit any alarms. I want you to open the main vault. Don't look at me." The robber ordered all employees to the vault, provided the bank employee with light blue or purple and black back pack to be filled with money. The robber was described as 5'6" to 5'7", mid 20's, white or Hispanic male.

Liberty Savings Bank
9625 East Arapahoe Road, Greenwood Village
July 27, 2005
4:55PM
 The robber was described as wearing a white hooded sweatshirt, grey scarf covering face, black fabric gloves, prescription style glasses, white shoes, carrying a handgun described as long barrel. The robber was described as saying "I want the vault. Don't touch the buttons". The robber herded all the employees and a customer to the vault. The robber provided a purple and black backpack to the manager to be filled with money. The robber took a dye pack during this robbery. The robber forced employees to remain in the vault. The robber was described as 5'8", 20-27 years old, Hispanic male.

Colorado State Employee Credit Union
13732 East Quincy Avenue, Aurora
July 28, 2005
3:35PM
The robber was described as wearing a gray hooded sweatshirt, baggy blue jeans, white tennis shoes, white scarf/bandana covering his face, black rimmed eye glasses, carrying a handgun described as long barrel revolver (similar to a .44 caliber) with brown wood hand grips. The robber was described as saying "This is a hold up. I need the manager to get into the vault. Quit looking at me". The robber provided the manager with black bag with blue flap with white lettering and wide black strap to be filled with money. The robber was described as 5'7", 21 years old, slim, white male.

Public Service Credit Union
6850 South Yosemite Street, Centennial
August 30, 2005:
3:25PM
The robber was described as wearing a gray hooded sweatshirt, blue jeans, sunglasses, dark colored gloves, red bandana covering his face, carrying a handgun described as a long barreled revolver. The robber was described as saying "Don't look at me. Don't push the buttons. Get in the safe and give me the money". The robber provided the bank employees with a dark backpack to be filled with money. The robber was described as 5'6" to 5'8", mid 20's, slim, white or Hispanic male.

Air Academy Federal Credit Union
10841 Crossroads Drive, Parker

4

September 9, 2005
3:45PM
The robber was described as wearing a gray hooded sweatshirt, white or gray scarf covering his face, white baseball cap, white K-Swiss tennis shoes, gold rimmed eye glasses, gloves, ragged off white cloth, and carrying a handgun described as a black semi-automatic. The robber was described as saying "This is for real. Don't look at me" The robber demanded the vault and had the bank manager fill a black back pack with money. The robber placed all the employees in the back room and ordered them to stay there. The robber was described as 5'6" to 5'10", mid 20's, slim, white male.

Air Academy Federal Credit Union
10841 Crossroads Drive, Parker
October 26, 2005
3:34PM
The robber was described as wearing a gray hooded sweatshirt, blue jeans, black baseball hat, black gloves, gold or black rimmed glasses, carrying a handgun described as black semi-automatic. The robber was described as saying "This is not a joke. Don't push any buttons." The robber demanded the vault and had bank employee fill a black/grey bag or back pack with the money. The robber was described as 5'6" to 5"9"", mid 20's, slim, white male.

Champion Bank
16790 Centre Court, Parker
December 30, 2005
3:20PM
The robber was described as wearing a red jacket with dark colored hood and sleeves, white baseball hat, gloves, white tennis shoes, baggy blue jeans, sunglasses, carrying a handgun described as a black semi-automatic. The robber was described saying "This is no joke. Who opens the vault?" The robber provided the bank manager with a grey/black back pack who filled the bag with money. Everyone in the bank was then herded into a back office. The robber was described as 5'4" to 5'6", 18 to 22 years old, Hispanic male

Your affiant advises that 8 serialized bait bills were stolen in the Champion Bank robbery. The bail bills were fifty dollar denominations. The serial numbers were

| | | |
|---|---|---|
| AG28022028B | AG92080766B | AD25449658A |
| AD31464972A | AH21130369A | AG91850421B |
| AD51297173A | AB40985639A | |

On 10/26/2005 during the investigation of the robbery at the Air Academy Federal Credit Union, video surveillance from the Douglas County Public Library, located in the same strip center parking lot, positively identified the robber parking a newer model gray Nissan Maxima, with dark tinted windows. The robber could be seen getting out of the driver seat with a hooded sweatshirt just prior to the time of the robbery. The robber could then be seen getting into this vehicle shortly after the time of the robbery. Investigation with Nissan dealerships revealed that the vehicle in this surveillance video was a 2004 to 2006 model Nissan Maxima. This information

was disseminated to all law enforcement for future bank robberies.

On 12/30/2005 during the investigation of the robbery at Champion Bank, the bank employee (Kathy Manthy) was positive that the robber came into the bank at 2:40PM asking about opening an account. Manthy was suspicious because the male parked a very nice, newer silver 4 door car with dark tinted windows, far from the front of the bank. When this male was asked for identification the male said he would be back later and left the bank. This male was described as an Hispanic male, 5'5" to 5'6", early to mid 20's, slim and was wearing baggy blue jeans and white tennis shoes and a plaid short sleeve shirt. At 3:20PM the robber came into the bank and Manthy immediately recognized this as the same person who was asking about opening the account at 2:40PM. Manthy recognized the baggy blue jeans, the white tennis shoes, and the voice. Manthy also thought the robber was the same height, age and weight as the individual in the bank earlier.

Your affiant viewed the surveillance pictures of the individual who was inside the bank at 2:40PM and compared this to the surveillance video to the bank robber at 3:20PM and it does appear that they are the same person based on the same tennis shoes, blue jeans, height, and weight of the robber. Your affiant also believes that the State of Colorado identification card number 92-134-5254 photograph of Darius Ramon Limon is the same person in the Champion Bank video surveillance at 2:40PM.

Your affiant found that Darius Limon's criminal history showed on January 15, 2006 Limon was arrested by Pagosa Springs Police Department and listed 6860 Blue Mesa Way, Littleton, Colorado as his home address. Your affiant found through a record search that this residence is owned by Carl and Susan Lyday. Your affiant spoke with Susan Lyday, date of birth, 09/26/1944, who told your affiant that Darius Limon, Jason Starr, and Rachelle Rucker are leasing this residence since November 25, 2006. Task Force Officer, Terry Brumfield contacted Jason Starr who confirmed that Darius Limon lives at 6860 Blue Mesa Way with Starr and Rucker.

Your affiant advises the court that associates of Limon including Jason Starr and Limon's girlfriend were receiving messages from Limon regarding Limon's arrest. Before Task Force Officer Terry Brumfield could secure this residence, Starr informed TFO Brumfield that Starr had received information regarding Limon's arrest.

On February 7, 2006, Task Force Officer (TFO), Ralph Gallegos, assigned to the Rocky Mountain Safe Streets Task Force (RMSSTF), interviewed a previously reliable confidential informant, here after referred to as the source, in reference to a bank robbery at the Air Academy Credit Union, 545 West Highlands Ranch Parkway, Highlands Ranch, Colorado. The source provided the following information:

The source met the bank robber, identified as Darius Ramon Limon, approximately two years ago. The source said that Limon lives at an unknown address on Blue Mesa Way in Roxbourgh where he moved to about 2 ½ to 3 months ago. The source has been to this home several times.

Limon was arrested by the Glendale Police Department on September 14, 2005. At the time of this arrest, Limon had in his possession, in excess of $104,000.00. This cash was located the trunk of his black colored 1998 Volkswagen Jetta. Limon was later bonded out of jail with $10,000.00 of the cash he had in his vehicle. The $10,000.00 bond was posted in $100.00 bills. The cash in the truck was still wrapped in blue and white colored bank bands.

Limon purchased a 2004 Champaign colored Nissan Maxima about two (2) weeks after he was arrested by the Glendale Police.

Limon is known to carry a black colored Glock .45 caliber semi-automatic handgun on his hip or in his waistband. He also has a shotgun at his home on Blue Mesa Way.

Limon always has in his possession a gray colored back pack with one strap, where he carries cash, pills and marijuana. If he is driving the back pack is always within reach. When he leaves the vehicle he puts the back pack in the trunk.

Your affiant advises that Task Force Officer Mark Woodward physically observed the residence to be searched and described as the following:

6860 Blue Mesa Way, Littleton, Douglas County, Colorado, is a two story, tan stone/brick veneer, single family residence, with attached three car garage- a two car overhead garage door and a single car overhead garage door. The main entrance to the building is located on the west side of the residence, and the house numbers (6860) are affixed over the top of the two car garage door which also faces west.

Your affiant, hereby requests that permission to execute the search of the residence be granted and the warrant be executed as soon as possible due to attempts by non law enforcement personnel to gain entry into the residence as well as attempt to allow other residents to regain entry. Due to the fact that potential evidence could be destroyed, moved, concealed or tampered with and hinder the on-going investigation. Your affiant is hereby requesting that permission to execute the warrant immediately be granted due to these exigent circumstances in order to further the investigation.

_____
JOHN NAGENGAST
Detective, Aurora Police Department -RMSSTF

Sworn and subscribed before me on this __8TH__ day of February, 2006, at __2:47__ a.m./p.m.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

8

## ATTACHMENT A

The property to be searched, commonly known as 6860 Blue Mesa Way, Littleton, Douglas County, Colorado is further described as follows:

    6860 Blue Mesa Way, Littleton, Douglas County, Colorado, is a two story, tan stone/brick veneer, single family residence, with attached three car garage -- a two car overhead garage door and a single car overhead garage door. The main entrance to the building is located on the west side of the residence, and the house numbers "6860" are affixed over the top of the two car garage door which also faces west.

## ATTACHMENT B

ITEMS TO BE SEIZED

1. Serialized Bait Bills – U.S. Currency – Eight - $50.00 bill denominations:

   | | |
   |---|---|
   | AG280022028B | AG92080766B |
   | AD25449658A | AD31464972A |
   | AH21130369A | AG91850421B |
   | AD51297173A | AB40985639A |

   From the following bank robbery - 91A-DN-64938 – Champion Bank
   16790 Centre Court, Parker, Arapahoe County, Colorado

2. Any dye stained U.S. Currency.

3. Weapons to be seized:

   Any handguns described as follows:
   Long barreled revolver, silver or black with or without brown wood grips,
   Black handgun, small black semi automatic handgun

   Any and all ammunition located at the residence.

4. Items of clothing to be seized:

   Any baseball caps described as follows:
   Dark or Black colored baseball cap, White baseball cap

   Any glasses or sunglasses described as follows:
   Dark wrap around sunglasses, Black sunglasses, Prescription style glasses,
   Black rimmed eye glasses, Gold rimmed glasses,

   Any Jackets or Clothing described as follows:
   Dark or Black hooded sweatshirt, Red hooded sweatshirt, White hooded
   sweatshirt, Large grey hooded sweatshirt, Red hooded sweatshirt with black
   hood and sleeves, Blue jeans, Baggy blue jeans, Black jeans, Plaid short sleeve
   shirt,

   Any Shoes described as follows:
   White shoes, White tennis shoes, White K-Swiss shoes,

   Any Gloves described as follows:
   Latex type gloves, Dark or Black gloves, Black fabric gloves,

   Any Scarfs or Bandannas described as follows:
   Solid black scarf, Grey Scarf, White Rag or Bandanna, Red bandanna, Rag off-
   white cloth

Any Bags or Backpacks described as follows:
Dark or Black colored backpack, Royal blue bag with thick straps, Light blue or purple and blue backpack, Black bag with blue flap with white lettering and wide black strap, Black and grey bag or backpack,

5. Any U.S. Currency with money wrapping from any victim banks.

6. Any vault, safe or other device used to store U.S. Currency.

7. Any documentation pertaining to the discussion, planning, or execution of any bank robberies.

8. Any handwritten notes or maps pertaining to the planning or execution of any bank robberies at any of the victim banks.

9. Any receipts, financial statements, checks, or banking transaction documentation from the dates of the bank robberies:

October 23, 2003
February 2, 2005
May 3, 2005
July 27, 2005
July 28, 2005
August 30, 2005
September 9, 2005
October 26, 2005
December 30, 2005